# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-51 MRW | Date | August 1, 2016 |
|---|---|---|---|
| Title | State Farm General Insurance Company v. Whirlpool Corporation | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

The parties have submitted a stipulation to dismiss this action. (Docket # 46.)  This action is dismissed in its entirety.